**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| KENTE BARKER, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | 1:05-cv-1836-SEB-VSS |
| ) | |
| STATE OF INDIANA, et al., ) | |
| ) | |
| Defendants. ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Date: 01/06/2006

Copies to:

Kente Barker
No. 483701 4-P
Marion County Jail
40 South Alabama St.
Indianapolis, IN 46204